AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Ellie Sternquist,<br><br>                    Plaintiff,<br>v.<br><br>Humble Hearts LLC,<br><br>                    Defendant. | **AMENDED**<br><br>JUDGMENT For ATTORNEY FEES IN A CIVIL CASE<br><br>Case Number: 2:19-cv-00448-JAD-BNW |

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Sternquist is awarded $9,520.00 in attorney's fees against Humble Hearts LLC.

\_\_6/14/2022_____
Date

\_\_DEBRA K. KEMPI_____
Clerk

/s/ H. Magennis
_____
Deputy Clerk